UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION:  18 U.S.C. §242 |
| | : | |
| **ORLANDO HALE,** | : | (Deprivation of Civil Rights |
| **Defendant** | : | Under Color of Law (misdemeanor)) |

## INFORMATION

The United States Attorney charges:

On or about November 24, 2005, within the District of Columbia, **Orlando Hale**, then employed as a police officer at the District of Columbia Metropolitan Police Department, while acting under color of the laws of the District of Columbia, did willfully deprive Robert Colbert of a right secured and protected by the Constitution and laws of the United States; that is, the defendant willfully punched Robert Colbert while Robert Colbert was handcuffed, thereby violating his right to be free from the unreasonable use of force by one acting under color of law.

(**Deprivation of Rights Under Color of Law,** in violation of Title 18, United States Code, Section 242 (misdemeanor))

                                                      KENNETH L. WAINSTEIN
                                                      United States Attorney
                                                      for the District of Columbia
                                                      Bar No. 451-058


By: _____
       JOHN CUMMINGS
       Assistant United States Attorney
       Federal Major Crimes Section
       555 4th Street, N.W., Room 4838
       Washington, D.C. 20530
       (202) 514-7561