UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-406(JMF) |
| | : | |
| v. | : | |
| | : | |
| ORLANDO HALE | : | |
| | : | |
| Defendant. | : | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney John Cummings, a member of the Maryland bar, telephone number (202) 514-7561 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney for the District of Columbia
Bar No. 451-058

By: _____

John Cummings
ASSISTANT UNITED STATES ATTORNEY
Member Maryland Bar
555 4th Street, N.W., Room 4838
Washington, DC 20530
(202) 514-7561

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by facsimile and first-class mail upon the attorney for the defendant, Harold Martin, Esq, this 25th day of September, 2006.

_____
John Cummings
Assistant United States Attorney