UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-406 (JMF) |
| | : | |
| v. | : | PLEA HEARING: SEPTEMBER 28, 2006 |
| | : | |
| ORLANDO HALE | : | |

### GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case that is currently set for September 28, 2006, at 1:45 p.m..

I. ELEMENTS OF THE OFFENSE:

    A. The essential elements of the misdemeanor offense of a Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242 are:

        1. The defendant acted under color of law;

        2. The defendant acted willfully;

        3. The defendant deprived the victim of a right secured or protected by the Constitution or laws of the United States.

II. COPY OF THE PLEA AGREEMENT:

A copy of the plea agreement, executed by the defendant, is attached. The original copy will be provided at the time of the guilty plea.

III. PENALTIES:

    A. A misdemeanor violation of 18 United States Code § 242, carries a maximum sentence of one year in jail, a maximum fine of $100,000 pursuant to 18 U.S.C. § 3571(b)(5), a $25 special assessment pursuant to 18 U.S.C. § 3013(a)(1)(A)(iii),

a one year term of supervised release pursuant to 18 U.S.C. § 3583(b)(3), and an order of restitution, and an obligation to pay any applicable interest or penalties on fines or restitution not timely made.

IV.   FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt that:

　　　　1. In November of 2005, the defendant, Orlando Hale, was employed as a sworn law enforcement officer with the District of Columbia's Metropolitan Police Department. At that time, Officer Hale had been employed by the Metropolitan Police Department for more than sixteen years. On November 24, 2005, at approximately 2:30 a.m., a police dispatcher notified officers that there was a man threatening a woman with a gun inside of an apartment building located at 2715 Robinson Place, S.E., Washington, D.C. Officer Hale was on duty that morning, and he responded to the call. Officer Hale was driving a marked police cruiser, and was in uniform.

　　　　2. Officer Hale and other uniformed officers arrived at the apartment building, where they encountered the suspected gunman, Robert Colbert. Another officer handcuffed Mr. Colbert while Officer Hale and other officers investigated the allegation that Mr. Colbert had threatened his girlfriend with a handgun. The officers proceeded to search Mr. Colbert's apartment for the handgun. During this time, Mr. Colbert remained handcuffed, and was ultimately seated on the living room floor of the apartment. Ofc. Hale asked Mr. Colbert where the gun was several times, and Mr. Colbert led the officers to a cigarette lighter that was shaped like a gun.

3. Officer Hale did not believe that this was the weapon that was used in the assault, and he and the other officers continued to look for a handgun inside of the apartment.  Mr. Colbert remained seated on the floor with his hands handcuffed behind his back.  Mr. Colbert was compliant and did not pose any threat to the officers who were on the scene.  An officer who was assisting Ofc. Hale then found a loaded Talon 9mm handgun inside one of the apartment's bedrooms, and announced what he had found to his fellow officers, including Officer Hale.  Officer Hale then walked over to Mr. Colbert, stood over him, and stated "why did you lie to me," or words to that effect.  Ofc. Hale claims that the defendant then swore at him, however, the government's investigation does not corroborate that claim.  Ofc. Hale then made a fist with his right hand, and struck Mr. Colbert in the facial area with his fist approximately 2-3 times.  The assault lasted a few seconds, and Officer Hale voluntarily ended his assault of Mr. Colbert.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451058

By: _____
John Cummings
Assistant United States Attorney
Federal Major Crimes Section, Maryland Bar
555 4th Street, N.W.  #4844
Washington, DC 20001
Phone: 514-7561

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by facsimile and mail upon the attorney for the defendant, Harold Martin, Esq, this 25th day of September, 2006.

_____
John Cummings, AUSA