AO 86A (Rev. 5/85) Consent to Proceed -- Misdemeanor

# United States District Court
## DISTRICT OF _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Orlando Hale | **FILED**<br>SEP 2 8 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | CONSENT TO PROCEED BEFORE<br>UNITED STATES MAGISTRATE IN<br>A MISDEMEANOR CASE<br><br>CASE NUMBER:<br>06-MJ-00406<br>JMF |

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.

X _____
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury. _____
Defendant

Consented to by United States _____
Signature

John Cummings, AUSA
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

X _____
Defendant

_____  Approved By: _____
Defendant's Attorney (if any)                    U.S Magistrate

9/28/06
Date