U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED

SEP 28 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

ORLANDO HALE

Case No. 1:06-mj-00406-JMF

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __28th__ day of __September, 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied ~~on~~ __within 7 days__ by __the Metropolitan Police Department__ to the Central Cell Block of the Metropolitan Police Department, ~~to the United States Marshal's Office and to~~ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __the Metropolitan Police Department__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DEFENSE COUNSEL

DOJ USA-16-1-80