## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-406 (JMF)** |
| | : | |
| v. | : | **SENTENCING: DECEMBER 11, 2006** |
| | : | |
| **ORLANDO HALE** | : | |

### GOVERNMENT'S REQUEST FOR AN ADDITIONAL ONE-LEVEL DECREASE, UNDER U.S.S.G. §3E1.1(b), FOR ACCEPTANCE OF RESPONSIBILITY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this request for an additional one-level decrease, under section 3E1.1(b) of the U.S. Sentencing Guidelines, for acceptance of responsibility, and states as follows:

1. The defendant, Orlando Hale was the subject of a grand jury investigation during the Spring and Summer of 2006. That grand jury was investigating an allegation that Officer Hale had assaulted a defendant while the defendant was handcuffed and compliant.

2. On or about July 27, 2006, Officer Hale was advised in writing that he was a target of the grand jury's investigation. In that letter, Orlando Hale was also invited to meet with members of the Office of the United States Attorney for the District of Columbia on August 22, 2006, to discuss this case.

3. On August 22, 2006, Orlando Hale appeared, with counsel at the Office of the United States Attorney. During this first meeting, Orlando Hale, through counsel, expressed his remorse and indicated that he "did not wish to fight this." Pre-indictment plea negotiations were entered into at that time, culminating in the plea agreement that was executed on or about September 20, 2006.

4. On September 28, 2006, the defendant entered his guilty plea before this Court. Under the terms of the guilty plea, the defendant pleaded guilty to one misdemeanor violation of 18 U.S.C. §242. Pursuant to the applicable sentencing guidelines, Orlando Hale's base offense level was 16

for violating an individual's civil rights through the use of force while acting under color of law, in addition to a two- level enhancement because the victim was restrained, for a total offense level of 18. See, U.S.S.G. §§2H1.1(a)(3)(A) and 3A1.3. Accordingly, the defendant is eligible for a deduction of up to three levels for acceptance of responsibility pursuant to U.S.S.G. §3E1.1.

5. The defendant has demonstrated his acceptance of responsibility for his actions, justifying a two-level departure pursuant to U.S.S.G. §3E1.1(a). Further, the defendant's actions after he was notified of the grand jury's investigation assisted in his prosecution, in that he gave timely notice of his intention to enter a plea of guilty, and thereby permitted the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

WHEREFORE, in addition to a two-level reduction pursuant to U.S.S.G. §3E1.1(a), the government also requests a one-level reduction, pursuant to U.S.S.G. §3E1.1(b) to the calculation of the defendant's sentencing range.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    Bar No. 498610

By:    /s/
    John Cummings
    Assistant United States Attorney
    Federal Major Crimes Section, Maryland Bar
    555 4th Street, N.W. #4838
    Washington, D.C. 20001
    Phone: 514-7561