UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ORLANDO HALE

    Defendant.

Docket No. 06-CR-406M

(JMF)

## PRAECIPE

*The Clerk of said Court will* enter the appearance of the undersigned as counsel for the Defendant, Orlando Hale.

December 11, 2006

_____

Signature

Bar Identification No. 368939

Harold D. Martin

Robert Ades & Associates, P.C.

1140 Connecticut Ave., N.W.

Suite 1100

Washington, D.C. 20036